UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA CAROL RUGGIERS,<br>Plaintiff | )<br>)<br>) | CIVIL ACTION NO. 4:19-CV-1633 |
| v. | )<br>)<br>) | (ARBUCKLE, M.J.) |
| ANDREW SAUL,<br>*Commissioner of Social Security,*<br>Defendant | )<br>)<br>) | |

ORDER

In accordance with the accompanying Memorandum, IT IS HEREBY ORDERED THAT Plaintiff's request for a new administrative hearing is DENIED AS FOLLOWS:

(1) The final decision of the Commissioner is AFFIRMED.

(2) Final judgment is issued in favor of Andrew Saul.

(3) The Clerk of Court is directed to CLOSE this case.

Date: August 3, 2020                              BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge